THE STATE EX REL. KIRK, APPELLANT, *v.* OWENS-ILLINOIS, INC. ET AL., APPELLEES.

[Cite as *State ex rel. Kirk v. Owens–Illinois, Inc.* (1998), 83 Ohio St.3d 435.]

(No. 98–41—Submitted September 15, 1998—Decided October 28, 1998.)

*Michael J. Muldoon,* for appellant.

*Vorys, Sater, Seymour & Pease, L.L.P.,* and *Theodore P. Mattis,* for appellee Owens–Illinois, Inc.

*Betty D. Montgomery,* Attorney General, and *Steven P. Fixler,* Assistant Attorney General, for appellee Industrial Commission.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.